WILLCOX AND GIBBS SEWING MACHINE COMPANY, Appellant, *v.* JEHIEL W. HIMES, Respondent.

*Willcox & Gibbs S. M. Co.* v. *Himes,* 17 App. Div. 637, affirmed.
(Argued March 14, 1900; decided April 3, 1900.)

APPEAL from a judgment of the Supreme Court, entered June 25, 1897, upon an order of the Appellate Division in the first judicial department, made May 7, 1897, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant upon the order of the Trial Term dismissing the complaint.

*George W. Van Slyck* for appellant.

*Austen G. Fox* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: PARKER, Ch. J.

---

MARGARET MAHAR, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Maher* v. *N. Y. C. & H. R. R. R. Co.,* 20 App. Div. 161, affirmed.
(Argued March 15, 1900; decided April 3, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 9, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Charles A. Pooley* for appellant.

*S. E. Filkins* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.